Mary F. Beck, Plaintiff, v. The City of New York and William F. Walker, Defendants.— Motion to dismiss appeal granted, with ten dollars costs. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

The Brooklyn Church Society of the Methodist Episcopal Church, Respondent, v. The Brooklyn Free Kindergarten Society, Appellant.— Motion to dismiss appeal denied on condition that defendant, within ten days, make and serve a proposed case on appeal and cause the same to be printed and filed within thirty days after the settlement of such case; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

Max Cohen, Respondent, v. Eagle Pencil Company and Another, Appellants.— Motion granted, with ten dollars costs. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

Continental Securities Company and Clarence H. Venner, as Stockholders, etc., Appellants, v. The New York Central Railroad Company, etc., and Others, Respondents.— Motion granted, without costs. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

Urania U. Glaser, Plaintiff, v. John N. Burns and Others, Defendants. — Motion for stay granted on condition that appellant perfect his appeal, place the case upon the calendar for June 11, 1915, and be ready for argument when reached; otherwise, motion denied, with costs. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

Mary C. Hollaran, as Administratrix, etc., Respondent, v. The City of New York, Appellant.— Motion denied. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

Carrie R. Hunter, Respondent, v. Grace S. Ramsay, Individually and as Administratrix, etc., Appellant.— Motion granted and order signed. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

In the Matter of the Application for Letters of Administration on the Estate of Charles Stith, Deceased. Louis A. Kelly, as General Guardian, etc., Respondent; Rachel Tucker, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect her appeal, place the case at the foot of the present calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

Warrena D. Levey, Respondent, v. Clarence D. Levey, Appellant.— Motion denied, without costs. Present — Thomas, Stapleton, Mills and Putnam, JJ.; Jenks, P. J., not voting.

The People of the State of New York, Respondent, v. William Bertlini, Appellant.— Motion denied. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

The People of the State of New York, Respondent, v. Howard Greenfield, Appellant.— Motion denied. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

The People of the State of New York, Respondent, v. Henry W. Richter, Appellant.— Motion for leave to argue the appeal on the typewritten minutes denied. Motion to dismiss appeal denied upon condition that defendant perfect his appeal, place the case at the foot of the